1 | **Rubinstein Law Group**
A Professional Law Corporation
Yano L. Rubinstein, Cal. Bar No. 214277
Trevor A. Caudle, Cal. Bar No. 232294
100 Pine Street, 20th Floor
San Francisco, CA 94111
Telephone:     (415) 277-1900
Facsimile:      (415) 277-1919

Attorneys for Plaintiff,
NJ Pursuits

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NJ PURSUITS, a California corporation, | Case No. C 05-02277 CW |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. RULE 41 (a) (1)(ii); ORDER OF DISMISSAL** |
| v. | |
| INFORMA RESEARCH SERVICES, INC., a Delaware corporation, and DOES 1 through 50, inclusive, | |
| Defendants. | |

TO THE HONORABLE JUDGE CLAUDIA WILKEN:

NJ Pursuits, a California corporation ("Plaintiff"), HEREBY FILES THIS Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)1)(ii) as follows:

1. On or about January 3, 2005, Plaintiff sued Defendant for various causes of action.

2. Pursuant to the Settlement Agreement entered into by and between the parties, Plaintiff moves to dismiss the suit and all related causes of action arising out of the facts of this case.

3. Defendant agrees to the dismissal.

4. This dismissal is with prejudice.

1       5.  Each party agrees to bear its own attorney's fees and costs.

Dated: ~~November~~ December 2, 2005    By: _____

                                      Yano L. Rubinstein, Esq.

                                      Rubinstein Law Group
                                      A Professional Law Corporation
                                      Attorney for Plaintiff

Dated: November 30, 2005    By: _____

                                        Richard Greenberg, Esq.
                                      Fields & Whitcombe LLP Greenberg
                                      Attorneys for Defendant
                                      Informa Research Services, Inc.

SO ORDERED:

                              12/5/05
_____    _____
Judge Claudia Wilken                   Date



NOTICE OF DISMISSAL
C 05-02277 CW

- 2 -